```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X

J&J Sports Productions, Inc., as
Broadcast Licensee of the April 8, 2006
Mayweather/Judah Program,

                        Plaintiff,        CV-06-6525(CPS)(MDG)

      - against -                         ORDER

German Restaurant & Lounge, Inc. d/b/a
Germans Restaurant & Beer Garden a/k/a
German Restaurant & Lounge, Inc.,

                        Defendant.

------------------------------------X
```

No objections to the Report and Recommendation of Magistrate Judge Go dated January 25, 2008, having been filed by the parties, the Report and Recommendation is hereby adopted. The plaintiff is directed to submit to the court by March 11, 2008, a revised proposed judgment consistent with Magistrate Judge Go's Report and Recommendation.

The Clerk is directed to transmit a copy of the within to all parties and to the magistrate judge.

SO ORDERED.

Dated :   Brooklyn, New York
          February 19, 2008

                    By:/s/ Charles P. Sifton (electronically signed)
                              United States District Judge